PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Apr 13, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>GEORGE THOMAS,<br><br>              Defendant. | CASE NO. 1:23-cr-00074-ADA-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 13, 2023, charging the above defendant with a violation of 18 U.S.C. § 2314 – Interstate Transportation of Stolen Property (Seven Counts); 31 U.S.C. § 5324(a)(3) and (d)(2) – Structuring (One Count); 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1) – Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall

///

///

Motion to Seal Indictment                      1

disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: April 13, 2023            Respectfully submitted,

                                  PHILLIP A. TALBERT
                                United States Attorney

                      By   /s/ Joseph D. Barton
                              JOSEPH D. BARTON
                              Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated:  April 13, 2023            _____
                                   BARBARA A. MCAULIFFE
                                   U.S. Magistrate Judge