PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          v.<br><br>GEORGE THOMAS,<br><br>                         Defendant. | CASE NO. 1:23-CR-00074-ADA-BAM<br><br>MOTION AND ORDER TO<br>UNSEAL CASE |

The government moves the Court to unseal the Indictment and all other filings in this case.  On April 17, 2023, the defendant was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated:  April 17, 2023

                                                            Very truly yours,
                                                             PHILLIP A. TALBERT
                                                             United States Attorney


                                                            /s/ Joseph Barton
                                                             JOSEPH BARTON
                                                             Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>GEORGE THOMAS,<br><br>      Defendant. | CASE NO. 1:23-CR-00074-ADA-BAM<br><br>MOTION AND ORDER TO UNSEAL CASE |

   Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

 Dated:  **April 17, 2023**      /s/ *Barbara A. McAuliffe*
                  UNITED STATES MAGISTRATE JUDGE

2