```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JOSEPH D. BARTON
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5

 6  Attorneys for Plaintiff
    United States of America
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00074-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| GEORGE THOMAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the status conference scheduled for November 8, 2023, at 1:00 p.m., may be continued until January 24, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through January 24, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: November 2, 2023

*/s/ Kendall Simsarian*
Kendall Simsarian
Counsel for George Thomas

Dated: November 2, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00074-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GEORGE THOMAS, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for November 8, 2023, at 1:00 p.m., is continued until **January 24, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through January 24, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **November 2, 2023**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

3