1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA | Case No. 1:23-cr-00074-ADA-BAM |
13 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
14 | | |
15 | v. | |
16 | GEORGE THOMAS, | |
17 | Defendant. | |
18

19       IT IS HEREBY STIPULATED by and between the parties through their respective

20 counsel that the status conference scheduled for January 24, 2024, may be continued until March

21 27, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has

22 produced discovery to defense counsel.  Defense counsel has further investigation to perform.

23 The parties agree that time under the Speedy Trial Act shall be excluded through March 27,

24 2024, in the interests of justice, including but not limited to, the need for effective defense

25 preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

26 3161(h)(7)(B)(i) and (iv).

27 ///

28 ///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  January 19, 2024

_/s/ Kendall Simsarian_
Kendall Simsarian
Counsel for George Thomas

Dated:  January 19, 2024

_/s/ Joseph Barton_
JOSEPH BARTON
Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00074-ADA-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| GEORGE THOMAS, | |
| Defendant. | |

19      Upon the parties' stipulation and for good cause shown, the status conference scheduled

20  for January 24, 2024, is continued until **March 27, 2024, at 1:00 p.m., before the Honorable**

21  **Barbara A. McAuliffe**.  The period through March 27, 2024, inclusive, is excluded pursuant to

22  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

23

24  IT IS SO ORDERED.

25      Dated:   **January 19, 2024**            /s/ *Barbara A. McAuliffe*

26                                         UNITED STATES MAGISTRATE JUDGE

27

28

                                    3