**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**
Dec 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.   CR NO: 1:23-CR-00074-NODJ-BAM

**GEORGE THOMAS**

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum   ☒ Ad Testificandum

Name of Detainee: Nicholas Timothy Garcia
Detained at: Sierra Conservation Center
Detainee is:
a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance necessary on January 28, 2025, at 8:00 a.m., at USDC for Eastern District of California, 2500 Tulare St, Fresno, CA*

Signature: */s/ Joseph Barton*
Printed Name & Phone No: Joseph Barton, 559-497-4049
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum   ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee for testimony at trial starting **on January 28, 2025**, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/3/2024

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if: _____
Booking or CDC #: CDCR Number: BV6105
Facility Address: 5100 O'Byrnes Ferry Rd Jamestown, CA
Facility Phone: (209) 984-5291
Currently

☒ Male   ☐ Female
DOB: 09/28/1978
Race: Hispanic or Latino
FBI#: _____

## RETURN OF SERVICE

Executed on: _____   _____
(signature)