PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00074-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL; AND ORDER |
| v. | |
| GEORGE THOMAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the trial scheduled to begin on January 28, 2025, may be continued until March 4, 2025, at 8:30 a.m., before the assigned District Judge. The parties also agree that the status conference scheduled for December 11, 2025, may be continued until January 22, 2025, before the Honorable Barbara A. McAuliffe. The parties further agree that the trial confirmation hearing that is scheduled for January 13, 2025, may be continued until February 17, 2025, at 8:30 a.m., before the assigned District Judge.

The government has produced initial discovery to defense counsel as well as supplemental discovery that the government has received from potential witnesses in connection

with its trial preparation efforts. Discovery includes approximately 45,000 pages of electronic records such as police reports, photographs, and financial records. Discovery also includes approximately 80 catalytic converters from vehicles, five banker's boxes of hard copy records, police body camera footage for parts of several days, four covert recordings, a single cell phone extraction, and interview memoranda. Defense counsel has received or been provided access to all discovery, and he has not encountered any issues or problems with the discovery so far.

The government believes that it will receive additional discovery from potential witnesses in the coming weeks as it continues its trial preparation efforts. The government believes this additional discovery will consist largely of police reports, police body camera footage, bank records for two bank accounts for 2022, and interview memoranda. The government will produce this additional discovery to defense counsel as soon as it is received consistent with its discovery obligations.

Defense counsel will not be adequately prepared to begin trial on the currently scheduled date of January 28, 2025, and he is requesting a short continuance. Defense counsel will be ready to begin trial on March 4, 2025. Importantly, defense counsel has a multi-month state trial beginning in early May that likely cannot be continued. Defense counsel would like to complete the trial in the instant case before his state trial begins.

The government is willing to accommodate defense counsel's request for a short continuance. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through March 4, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  December 6, 2024        */s/ Kendall Simsarian*
  Kendall Simsarian
  Counsel for George Thomas

Dated:  December 6, 2024        */s/ Joseph Barton*
  Joseph Barton
  Justin Gilio
  Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00074-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE TRIAL |
| v. | |
| GEORGE THOMAS, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the trial scheduled to begin on January 28, 2025, is continued until **March 4, 2025, at 8:30 a.m., before the assigned District Judge**. The status conference scheduled for December 11, 2025, is continued until **January 22, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The trial confirmation hearing scheduled for January 13, 2025, is continued until **February 18, 2025, at 8:30 a.m., before the assigned District Judge**.

///

///

The period through March 4, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **December 10, 2024**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE