THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE THOMAS,<br><br>　　　　　　　Defendant. | CASE NO. CR23-0074-JCC-BAM<br><br>ORDER |

This matter comes before the Court *sua sponte*. On January 22, 2025, the Court issued a scheduling order governing pretrial motions in this case. (Dkt. No. 57.) That order directed the parties to refer to this Court's chambers procedures, (*id*.), which instructs parties to file certain trial materials—including motions *in limine*—through a joint brief. Consistent with the Court's scheduling order, the parties then submitted their respective motions *in limine* (Dkt. Nos. 60–63) on January 31, 2025. But this is not consistent with the Court's procedures. Accordingly, the Court ORDERS the parties to resubmit their motions *in limine* in a form and manner consistent with the Court's procedures, available at https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour6. They must do so no later than **February 14, 2025**.

//

//

//

ORDER
C23-0074-JCC
PAGE - 1

1   DATED this 4th day of February 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE