MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE THOMAS, <br><br> Defendant. | Case No. 1:23-cr-00074-JCC-BAM <br><br> STIPULATION TO CONTINUE TRIAL |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the trial scheduled to begin on March 3, 2025, may be continued until March 24, 2025, at 8:30 a.m., before the assigned District Judge.

The government has produced initial discovery to defense counsel as well as supplemental discovery that the government has received from potential witnesses in connection with its trial preparation efforts. Discovery includes approximately 47,500 pages of electronic records such as police reports, photographs, and financial records. Discovery also includes approximately 80 catalytic converters from vehicles, five banker's boxes of hard copy records, police body camera footage for parts of several days, four covert recordings, a single cell phone

extraction, and interview memoranda.  Defense counsel has received or been provided access to all discovery, and he has not encountered any issues or problems with the discovery so far.

The government believes that it may receive a small amount of additional discovery from potential witnesses in the coming weeks as it continues its trial preparation efforts.  The government will produce this additional discovery to defense counsel as soon as it is received consistent with its discovery obligations.

Defense counsel will be ready to proceed with the trial by March 24, 2025.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through March 24, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation, defense investigation, and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  February 25, 2025

*/s/ Kendall Simsarian*
Kendall Simsarian
Counsel for George Thomas

Dated:  February 25, 2025

*/s/ Joseph Barton*
Joseph Barton
Justin Gilio
Assistant United States Attorneys

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE THOMAS, <br><br> Defendant. | Case No. 1:23-cr-00074-JCC-BAM <br><br> ORDER TO CONTINUE TRIAL |

Upon the parties' stipulation and for good cause shown, the trial scheduled to begin on March 3, 2025, is continued until March 24, 2025, at 8:30 a.m., in Courtroom 5 before the District Judge John C. Coughenour. The period through March 24, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED this 25th day of February, 2025.

*/s/ John C. Coughenour*
THE HONORABLE JOHN C. COUGHENOUR