ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00074-JCC-BAM |
| Plaintiff, | |
| v. | **ORDER RELEASING BAIL AND DIRECTING THE CLERK OF THE COURT RECONVEY ITS OF DEED OF TRUST** |
| GEORGE THOMAS, | |
| Defendant, | |

Having reviewed the United States' Request for Release of Bail and Reconveyance of Deed of Trust, and for good cause shown, IT IS HEREBY ORDERED that:

1.      Defendant's bail is released; and

2.      The Clerk of the Court is directed to reconvey its deed of trust.

IT IS SO ORDERED.

Dated:

January 8, 2026

_____
UNITED STATES DISTRICT JUDGE

ORDER RELEASING BAIL AND DIRECTING THE CLERK
OF THE COURT RECONVEY ITS OF DEED OF TRUST

1